**Illinois Flower Box Company, Appellee, v. William H. Dunn, Appellant.**

**Gen. No. 23,300.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JOHN F. HAAS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 13, 1918.

### Statement of the Case.

Action of the fourth class by Illinois Flower Box Company, a corporation, plaintiff, against William H. Dunn, defendant, to recover rent for desk space and telephone service furnished to defendant by certain individuals described as copartners, trading as the Illinois Flower Box Company, alleged to have assigned, transferred and set over to plaintiff all their interest in the account to the date of the incorporation of plaintiff. From a judgment for plaintiff for $140, on trial before the court without a jury, defendant appeals.

CHARLES S. MCNETT, for appellant; EDWARD M. BURKE, of counsel.

No appearance for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

## Abstract of the Decision.

ASSIGNMENTS, § 33*—*when pleadings comply with statute relative to necessary allegations by assignee suing.* A statement of claim in an action of the fourth class in the Municipal Court of Chicago, based upon an assigned chose in action, stating that the debt upon which the chose in action is based "is due the plaintiff," with affidavit also so stating, complies sufficiently with section 18, ch. 110, Rev. St. (J. & A. ¶ 8555), providing that such assignee may sue in his own name and shall allege in his pleading or affidavit, where pleading is not required, that he is the actual bona fide owner of the chose in action, and set forth how and when he acquired title.